# United States District Court
# District of Massachusetts

**UNITED STATES OF AMERICA,**

    **V.**                  **MAGISTRATE JUDGE'S DOCKET**
                                     **NO. 2004M0519RBC**

**CHELSEA ANDREWS.**

## *ORDER*

**COLLINGS, U.S.M.J.**

    The defendant was arrested in the District of Massachusetts this date and brought before me on a warrant was issued by the United States District Court for the District of Maine at Bangor. The warrant had been issued upon the motion of the United States Attorney there on the basis that the defendant violated the Conditions of Release which had been set in the criminal case in that district in which the defendant was charged with conspiracy and possession with intent to distribute cocaine.

    Having found the defendant to be financially unable to afford her own attorney, the undersigned appointed an attorney to represent her. At today's hearing, the defendant, through counsel, admitted her identity as the person charged in the Maine case.

    Although counsel for the defendant asked the undersigned to set Conditions fo Release, the Court is unable to do so under the Federal Rules of Criminal Procedure as they currently stand. *See United States v. Zhu,* 215 F.R.D. 21 (D. Mass., 2003).

    Accordingly, it is ORDERED that the defendant be detained pending her appearance

at the United States District Court for the District of Maine at Bangor. An Order of Removal shall issue.

/s/ Robert B. Collings
**ROBERT B. COLLINGS**
**United States Magistrate Judge**

**Date:  October 21, 2004.**