# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| CHELSEA ANDREWS | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | Cr. No. CR-4-43-B-W | 2004M0519RBC | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    ☐ Complaint    ☒ Other (specify) Petition for Revocation of Release

charging a violation of conditions ~~18:XXXX~~ of release.

**DISTRICT OF OFFENSE**
Maine at Bangor

**DESCRIPTION OF CHARGES:**
Violation of Conditions of Pre-Trial Release

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** CJA

**Interpreter Required?** ☒ No    ☐ Yes    Language:

---

DISTRICT OF **MASSACHUSETTS**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

**OCT 2 1 2004**
Date

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |



**COPY**